AKAMAI TECHNOLOGIES, INC., The Massachusetts Institute of Technology, Plaintiffs–Appellants,

v.

LIMELIGHT NETWORKS, INC., Defendant–Cross–Appellant.

Nos. 2009–1372, 2009–1380, 2009–1416, 2009–1417.

United States Court of Appeals, Federal Circuit.

July 24, 2014.

Seth P. Waxman, Thomas Saunders, Thomas Gregory Sprankling, Wilmer Cutler Pickering Hale and Dorr LLP, Elizabeth D. Ferrill, Kara F. Stoll, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, G. Mark Edgarton, Esq., Robert S. Frank, Jr., Carlos Perez–Albuerne, Esq., Choate, Hall & Stewart LLP, Mark Christopher Fleming, Eric Fletcher, Lauren B. Fletcher, Wilmer Cutler Pickering Hale And Dorr LLP, Boston, MA, David H. Judson, Law Offices of

David H. Judson, Dallas, TX, Jennifer Swan, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Palo Alto, CA, for Plaintiffs–Appellants.

Aaron M. Panner, Michael E. Joffre, John Christopher Rozendaal, Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., Washington, DC, Alexander Fraser Mackinnon, Kirkland & Ellis LLP, Los Angeles, CA, Dion D. Messer, Esq., Limelight Networks, Inc., Tempe, AZ, Young Jin Park, Kirkland & Ellis LLP, New York, NY, for Defendant–Cross–Appellant.

Before PROST,* Chief Judge, NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, AND HUGHES, Circuit Judges.**

## ORDER

PER CURIAM.

On June 2, 2014, the Supreme Court reversed with costs the judgment of this court and remanded the case for further proceedings consistent with the Supreme Court's opinion.

Accordingly,

It is Ordered That:

1. The mandate of this court issued on November 5, 2012 is recalled, the appeals are reinstated, and this court's judgment is vacated.

2. Pursuant to IOP # 14, the en banc court has determined to dissolve its en banc status and refer the case to the two

---

* Sharon Prost assumed the position of Chief Judge on May 31, 2014.

** Randall Rader, who retired from the position of Circuit Judge on June 30, 2014, did not participate in this decision. Circuit Judges Taranto and Chen did not participate in this decision.

remaining panel members and a newly-selected judge.